NO. 07-07-0365-CR and 07-07-0366-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 30, 2007
_____

TRAMAYNE DEODRICK JOHNSON, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE
_____

FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;

NO. 54,419-E, 54,420-E; HONORABLE ABE LOPEZ, JUDGE
_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

_____**ON MOTION TO DISMISS**

Before the Court are appellant's motions to dismiss these appeals pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. Rule 42.2 states that at any time before the appellate court's decision, the court may dismiss an appeal upon the appellant's motion. TEX. R. APP. P. 42.2(a). The appellant and his attorney must sign the written motion to dismiss. Id.

All of the requirements of Rule 42.2(a) have been satisfied. The Court has considered these causes on appellant's motions and concludes the motions should be granted and the appeals should be dismissed.

Accordingly, the appeals are dismissed. No motions for rehearing will be entertained and our mandates will issue forthwith.

Mackey K. Hancock
Justice

Do not publish.